IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LAMONT DESHON ALFORD | § § | |
| versus | § § | CIVIL ACTION NO. H-10-85 |
| | § § § | |
| TRANS UNION, LLC., et al. | § | |

## ORDER

With Plaintiff having failed to appear at the Scheduling Conference on June 15, 2010 at 1:30 p.m., it is hereby ORDERED that this action be DISMISSED without prejudice for want of prosecution.

The Clerk shall enter this Order and provide a copy to all parties.

**SIGNED** on this the 16th day of June, 2010 at Houston, Texas.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE